BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-00381 LJO |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER ON |
| ) | DEFENDANT'S MOTIONS IN LIMINE |
| v. ) | |
| ) | |
| RAYMOND GRAHAM, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Charles Lee, attorney for defendant, as follows:

1. The government has no objection to the Court permitting limited attorney conducted voir dire;

2. The parties agree that neither party should be permitted to introduce evidence that should have been disclosed, but has not been disclosed pursuant to Rule 16. Neither party is aware at this point that any such evidence exists.

1

3. The parties agree that the government will not introduce any evidence of other crimes or wrong acts pursuant to FRE 404(b) in its case-in-chief and will alert the Court and counsel prior to attempting to admit any such evidence otherwise;

4. The parties agree that no expert testimony will be offered in either parties' case-in-chief pursuant to Rule 16(d)(2)(C).

5. The parties agree that should the defendant testify, the government will impeach the defendant by introduction of the following evidence of his prior convictions:

> 2004 Fresno County Superior Court conviction for Possession of a Stolen Vehicle which is a conviction involving dishonesty;
>
> 2006 Fresno County Superior Court conviction for a felony offense for which he was sentenced to 16 months in prison; and
>
> 2007 Fresno County Superior Court conviction for a felony offense for which he was sentenced to 2 years in prison

6. The parties agree that the government will not seek to introduce evidence of the defendant's prior weapons convictions pursuant to FRE 403 and 404(b) in its case-in-chief and will alert the Court and counsel prior to attempting to admit any such evidence otherwise.

Although the parties confirm their readiness to proceed to trial on December 6, 2011 at 8:30 a.m., the parties agree that there is one additional issue to address to the Court and request that the Court appearance scheduled for Friday October 28, 2011 at 10:30 a.m. remain in place.

Dated: October 25, 2011          Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

```
                                        By    /s/ Kimberly A. Sanchez
                                              KIMBERLY A. SANCHEZ
                                              Assistant U.S. Attorney



Dated: October 25, 2011                       /s/ Charles Lee
                                              CHARLES LEE
                                              Attorney for Defendant
```

IT IS SO ORDERED.

**Dated:   October 25, 2011**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE