| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | RAYMOND JAMES GRAHAM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:10-cr-0381 LJO |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) SENTENCING HEARING |
| v. | ) |
| RAYMOND JAMES GRAHAM, | ) DATE: April 23, 2012 |
| | ) TIME: 10:30 A.M. |
| Defendant. | ) JUDGE: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for April 2, 2012, **may be continued to April 23, 2012 at 10:30 A.M.**

Defense has filed a motion to dismiss/motion for new trial which is currently scheduled for March 12, 2012, the same date as the sentencing hearing. A joint stipulation has been filed requesting the motions hearing be heard on March 26, 2012. The parties are further requesting the sentencing hearing be set out to April 23, 2012. The parties are requesting that the two hearings be separated as they are completely different in nature and the parties would like to focus on one hearing at a time.

///

///

///

As this is a post-trial motion, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 2, 2012          By:   /s/ Kimberly A. Sanchez
                                       KIMBERLY A. SANCHEZ
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       DANIEL J. BRODERICK
                                       Federal Defender

DATED: February 2, 2012          By:   /s/ Charles J. Lee
                                       CHARLES J. LEE
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       RAYMOND JAMES GRAHAM


**O R D E R**

IT IS SO ORDERED.

**Dated:     February 7, 2012**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

Graham - Stipulation and [Proposed] Order to Continue Sentencing Hearing

2