1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   JEREMY S. KROGER, Bar #258956
4  Assistant Federal Defender
   2300 Tulare Street, Suite 330
5  Fresno, California 93721-2226
   Telephone: (559) 487-5561

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00381 LJO |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| RAYMOND JAMES GRAHAM, | Court: Hon. Lawrence J. O'Neill |
| Defendant. | |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that the defense *Motion To Withdraw As Counsel Of Record, And For Appointment Of New Counsel and the Exhibits attached thereto, and the Motion to File Documents Under Seal* shall be filed ***under seal*** pending further order of the court.

**IT IS SO ORDERED.**

DATED: March 16, 2012

/s/ Lawrence J. O'Neill

LAWRENCE J. O'NEILL, Judge
United States District Court