| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | JEREMY S. KROGER, Bar #258956 |
| 3 | Assistant Federal Defenders |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| 6 | Attorneys for Defendant |
| | RAYMOND JAMES GRAHAM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:10-cr-00381 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION;  ORDER DENYING A |
| | ) | CONTINUANCE of MOTIONS HEARING |
| v. | ) | |
| | ) | DATE: March 26, 2012 |
| RAYMOND JAMES GRAHAM, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the motions hearing in the above-captioned matter now set for March 26, 2012, **may be vacated and the matter set for a status conference on April 9, 2012 at 8:30 a.m.**

The parties request this status conference because the parties have been unable to resolve the outstanding issues through negotiations and, due to a conflict, defense counsel will be proceeding with its pending Motion to Withdraw.

///
///
///
///
///

As this is a post-trial motion, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 22, 2012  By:  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: March 22, 2012  By:  /s/ Jeremy Kroger
JEREMY KROGER
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RAYMOND JAMES GRAHAM

## **O R D E R**

The request to continue the hearings set for March 26, 2012 at 10:00 a.m. pursuant to stipulation is DENIED. On that date, at that time, the Court will:

1. Deny the motion of counsel to withdraw on the basis of mootness (see #3, below);

2. Rule on the motion for new trial;

3. If the motion for new trial is denied, sentence the defendant on Counts 1 and 2 concurrently.

IT IS SO ORDERED.

**Dated:   March 22, 2012**              /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Graham - Stipulation and [Proposed] Order to Vacate Motions Hearing

2