| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | JEREMY S. KROGER, Bar #258956 |
| 3 | Assistant Federal Defenders |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| 6 | Attorneys for Defendant |
| | RAYMOND JAMES GRAHAM |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:10-cr-00381 LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE MOTIONS HEARING (No time change) |
| v. | DATE: July 9, 2012 |
| RAYMOND JAMES GRAHAM, | TIME: 10:30 a.m. |
| | JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the motions hearing in the above-captioned matter now set for April 9, 2012, and sentencing hearing now set for April 23, 2012, **may be continued July 2, 2012 at 8:30 a.m.**

The defense now has additional information on lead defense counsel's illness. Counsel has been released from the hospital and is continuing his recovery at home. He is expected to return to the office in approximately two months. This requested continuance would therefore allow for continuity of counsel. It would also greatly ease the burden of the Office of the Federal Defender, which is currently scrambling to navigate the additional burdens imposed by the sudden and unexpected departure of two Assistant Federal Defenders.

///

///

As this is a post-trial motion, no exclusion of time is necessary under the Speedy Trial Act.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: April 5, 2012      By:    /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 5, 2012      By:    /s/ Jeremy Kroger
JEREMY KROGER
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
RAYMOND JAMES GRAHAM

## **O R D E R**

GOOD CAUSE DUE TO ILLNESS HAS BEEN STATED. REQUEST GRANTED.

ALL MOTIONS AND SENTENCING ARE CONTINUED TO **JULY 9, 2012 AT 10:30**.

IT IS SO ORDERED.

**Dated: April 5, 2012**

                     **/s/ Lawrence J. O'Neill**
                     Hon. Lawrence J. O'Neill
                     United States District Judge